## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATALYST OUTDOOR ADVERTISING, LLC** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JENNIFER DOUGLAS** | : | **NO. 18-1470** |

## ORDER

**NOW**, this 24th day of May, 2018, upon consideration of Defendant Catalyst Outdoor Advertising LLC's Motion for Preliminary Injunction (Document No. 4), the plaintiff's response, and after a hearing, it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that this action is consolidated with the related case of *Jennifer Douglas v. Catalyst Outdoor Advertising, LLC, Thaddeus Bartkowski and Crystal Crawford*, Civil Action No. 18-474.

/s/TIMOTHY J. SAVAGE